# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

FACUNDO GONZALEZ-HERNANDEZ,

                    Petitioner,

      v.

FACILITY ADMINISTRATION, Adelanto Ice Processing Center Annex,

                    Respondent.

Case No. 5:26-cv-03237-RGK-MBK

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Neither party has filed objections to the Report and Recommendation. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS ORDERED that (1) the Petition is GRANTED in part and DENIED in part; (2) a writ of habeas corpus requiring Petitioner Mr. Gonzalez-Hernandez's (A# 206-379-605) release unless he is afforded bond hearing within seven (7) days at which the Government bears the burden of proof to justify continued detention by clear and convincing evidence shall issue; and (3) Respondents are required to submit a status report within seven (7) confirming their compliance with the order.

Dated: 7/6/2026

_____

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

2