JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FACUNDO GONZALEZ-HERNANDEZ,<br><br>            Petitioner,<br><br>      v.<br><br>FACILITY ADMINISTRATION,<br>Adelanto Ice Processing Center<br>Annex,<br><br>            Respondent. | Case No. 5:26-cv-03237-RGK-MBK<br><br>JUDGMENT |

Pursuant to the Order Accepting the Findings and Recommendations of the Magistrate Judge,

IT IS ADJUDGED that the Petition is GRANTED in part and DENIED in part.

Dated: 7/6/202

_____

HON. R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE